KAMER ZUCKER ABBOTT
Edwin A. Keller, Jr.          #6013
Kaitlin H. Ziegler           #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
ekeller@kzalaw.com
kziegler@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS RAMOS, an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>             Defendants. | Case No. 2:17-cv-02587-GMN-GWF<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT WYNN LAS VEGAS, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>***(First Request)*** |

Plaintiff Alexis Ramos ("Plaintiff") and Defendant Wynn Las Vegas, LLC ("Wynn"), by and through their respective counsel of record, stipulate and request that the Court extend the deadline for Wynn's response to Plaintiff's Complaint from the current deadline of November 10, 2017, up to and including November 21, 2017. In support of this Stipulation and Request, the parties state as follows:

1.    Defendant Wynn was served with the Summons and Complaint in this matter on October 20, 2017, rendering its response to the Complaint due by November 10, 2017.

2.    Counsel for both parties have conferred regarding Wynn's request for an extension of time, and Plaintiff's counsel has indicated he has no objection to this request.

3.    This request is being brought in good faith and is not sought for any improper purpose or other purpose of delay. This request is brought only to provide Wynn's counsel with sufficient time to review and respond to Plaintiff's Complaint.

WHEREFORE, the parties respectfully request that the Court extend the deadline for Defendant Wynn to respond to Plaintiff's Complaint, up to and including November 21, 2017.

DATED this 9th day of November, 2017.

Respectfully submitted,                    Respectfully submitted,

/s/ Trevor J. Hatfield                        /s/ Kaitlin H. Ziegler
Trevor J. Hatfield, Esq.      #7373        Edwin A. Keller, Jr., Esq.    #6013
HATFIELD & ASSOCIATES, LTD.                Kaitlin H. Ziegler, Esq.      #13625
703 South Eighth Street                    KAMER ZUCKER ABBOTT
Las Vegas, Nevada 89101                    3000 West Charleston Boulevard, Suite 3
Tel: (702) 388-4469                        Las Vegas, Nevada 89102
Fax: (702) 388-9825                        Tel: (702) 259-8640
                                           Fax: (702) 259-8646

Attorneys for Plaintiff
Alexis Ramos                               Attorneys for Defendant
                                           Wynn Las Vegas, LLC


**IT IS SO ORDERED.**


  11/13/2017                                          _George Foley Jr._
**DATE**                                   **UNITED STATES MAGISTRATE JUDGE**