1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
   703 South Eighth Street
3  Las Vegas, Nevada 89101
4  (702) 388-4469 Tel.
   (702) 386-9825 Fax
5  thatfield@hatfieldlawassociates.com

6  *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXIS RAMOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02587-GMN-GWF<br><br>**STIPULATION AND ORDER REQUESTING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br>**(First Request)** |

COMES NOW, Plaintiff ALEXIS RAMOS (hereinafter, "Plaintiff"), and Defendant WYNN LAS VEGAS, LLC, (hereinafter "Defendant") by and through their respective attorneys of record, and do hereby stipulate and agree to an extension of the time for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's Complaint (ECF #9).

Accordingly, Plaintiff shall have up to and including December 19, 2017, to respond to Defendant's Motion to Dismiss Plaintiff's Complaint (ECF #9). This request is brought in good faith and not for any improper purpose or delay. The reason that the extension is requested is

///

///

///

///

1

Plaintiff's counsel's need to confer with his client regarding the Motion and facts and argument set forth therein, and due to conflicts with Plaintiff's counsel's schedule.

Dated: December 6, 2017  Dated: December 6, 2017

**HATFIELD & ASSOCIATES, LTD.**  **KAMER ZUCKER ABBOTT**

/s/ *Trevor J. Hatfield*  */s/ Edwin A. Keller, Jr.*
By:_____  By:_____
Trevor J. Hatfield, Esq.  Edwin A. Keller, Jr., Esq.
703 S. Eighth Streed  3000 West Charleston Boulevard, Suite 3
Las Vegas, NV 89101  Las Vegas, NV 89102
Tel.: (702) 388-4469  Tel.: (702) 259-8640
Fax: (702) 386-9825  Fax: (702) 259-8646
Email: thatfield@hatfieldlawassociates.com  Email: ekeller@kzalaw.com
*Attorneys for Plaintiff*  *Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this __7__ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT