KAMER ZUCKER ABBOTT
Edwin A. Keller, Jr.        #6013
Kaitlin H. Ziegler         #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
ekeller@kzalaw.com
kziegler@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS RAMOS, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No. 2:17-cv-02587-GMN-GWF<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT WYNN LAS VEGAS, LLC TO REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>*(First Request)* |

Plaintiff Alexis Ramos ("Plaintiff") and Defendant Wynn Las Vegas, LLC ("Wynn"), by and through their respective counsel of record, stipulate and request that the Court extend the deadline for Wynn's Reply in support of its Motion to Dismiss from the current deadline of December 26, 2017, up to and including January 2, 2018. In support of this Stipulation and Request, the parties state as follows:

1. Defendant Wynn filed its Motion to Dismiss on November 21, 2017. After seeking an extension as well, Plaintiff filed her Response to Wynn's Motion to Dismiss on December 19, 2017, rendering Wynn's reply in support of its Motion to Dismiss due by December 26, 2017.

2. Counsel for both parties have conferred regarding Wynn's request for an extension of time, and Plaintiff's counsel has indicated he has no objection to this request.

3. This request is being brought in good faith and is not sought for any improper purpose or other purpose of delay. This request is brought only because Wynn's counsel is traveling for the Christmas holiday period.

WHEREFORE, the parties respectfully request that the Court extend the deadline for Defendant Wynn to reply in support of its Motion to Dismiss, up to and including January 2, 2018.

DATED this 21st day of December, 2017.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Trevor J. Hatfield | /s/ Kaitlin H. Ziegler |
| Trevor J. Hatfield, Esq.   #7373 | Edwin A. Keller, Jr., Esq.   #6013 |
| HATFIELD & ASSOCIATES, LTD. | Kaitlin H. Ziegler, Esq.   #13625 |
| 703 South Eighth Street | KAMER ZUCKER ABBOTT |
| Las Vegas, Nevada 89101 | 3000 West Charleston Boulevard, Suite 3 |
| Tel: (702) 388-4469 | Las Vegas, Nevada 89102 |
| Fax: (702) 388-9825 | Tel: (702) 259-8640 |
|  | Fax: (702) 259-8646 |
| Attorneys for Plaintiff | |
| Alexis Ramos | Attorneys for Defendant |
|  | Wynn Las Vegas, LLC |

**IT IS SO ORDERED.**

Dated this 22 day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT