KAMER ZUCKER ABBOTT
Edwin A. Keller, Jr.  #6013
Kaitlin H. Ziegler  #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
ekeller@kzalaw.com
kziegler@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS RAMOS, an individual, | Case No. 2:17-cv-02587-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| WYNN LAS VEGAS, LLC, a Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

///

///

///

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise provided.

DATED this 12th day of February, 2018.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Trevor J. Hatfield | /s/ Kaitlin H. Ziegler |
| Trevor J. Hatfield, Esq.     #7373 | Edwin A. Keller, Jr., Esq.     #6013 |
| HATFIELD & ASSOCIATES, LTD. | Kaitlin H. Ziegler, Esq.     #13625 |
| 703 South Eighth Street | KAMER ZUCKER ABBOTT |
| Las Vegas, Nevada 89101 | 3000 West Charleston Boulevard, Suite 3 |
| Tel: (702) 388-4469 | Las Vegas, Nevada 89102 |
| Fax: (702) 388-9825 | Tel: (702) 259-8640 |
|  | Fax: (702) 259-8646 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Alexis Ramos | Wynn Las Vegas, LLC |

**ORDER**

IT IS SO ORDERED.

Dated this 20 day of February, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE